IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO. 2:23-cr-1 |
| DANNY SWINNEY, | |
| Defendant. | |

**O R D E R**

On April 24, 2023, the parties filed their Joint Status Report. Doc. 45. In that Report, the parties state that all pretrial motions have been satisfied or otherwise resolved. Accordingly, the Court **DENIES as moot** Defendant's motions, docs. 26-32. The Motions Hearing scheduled for May 3, 2023 at 10:00 a.m. as to Defendant Danny Swinney is cancelled.

**SO ORDERED**, this 25th day of April, 2023.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA